```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CITY OF BIRMINGHAM RETIREMENT AND                           :
RELIEF SYSTEM, et al.,                                      :
                                      Plaintiffs,           :    17 Civ. 10014 (LGS)
                                                            :
                    -against-                               :    ORDER
                                                            :
CREDIT SUISSE GROUP AG, et al.,                             :
                                                            :
                                      Defendants.           :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2019

LORNA G. SCHOFIELD, District Judge:

It is hereby ORDERED that discovery in this action is no longer stayed. A scheduling conference will be held on **March 5, 2019, at 10:30 a.m.** In accordance with Individual Rule IV.A.2, the Parties shall file a joint letter and proposed Civil Case Management Plan and Scheduling Order, available at the Court's website (http://nysd.uscourts.gov/judge/Schofield), at least one week before the conference date.

Dated: February 20, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**