UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2019

CITY OF BIRMINGHAM RETIREMENT AND
RELIEF SYSTEM, et al.,

                            Plaintiffs,

-against-

CREDIT SUISSE GROUP AG, et al.,

                            Defendants.
------------------------------------------------------------X

17 Civ. 10014 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, for the reasons stated at the March 5, 2019, conference; it is hereby

    **ORDERED** that the parties shall engage a mediator and engage in mediation at least once by **April 2, 2019**. The Parties shall file a joint letter on ECF identifying the retained mediator as soon as possible.

    **ORDERED** that by **March 26, 2019**, the Parties shall file on ECF (1) a proposed confidentiality order and (2) a proposed ESI protocol.

Dated: March 5, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**