UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
CITY OF BIRMINGHAM RETIREMENT AND                             :
RELIEF SYSTEM, et al.,                                        :
                                        Plaintiffs,           :   17 Civ. 10014 (LGS)
                                                              :
            -against-                                         :   **ORDER**
                                                              :
CREDIT SUISSE GROUP AG, et al.,                               :
                                        Defendants.           :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 5, 2019, the Court issued an order scheduling a pre-motion conference for May 28, 2020, at 11:00 a.m. (Dkt. No. 107).

WHEREAS the parties filed pre-motion letters on May 13, 2020 (Dkt. No. 123), and May 20, 2020 (Dkt. No. 125).  It is hereby

**ORDERED** that the pre-motion conference scheduled for May 28, 2020, is canceled. The parties shall propose a class certification motion briefing schedule by **May 29, 2020**, not to exceed sixty days from when the first brief is filed, and in accordance with the Court's Individual Rules of Practice in Civil Cases and the Emergency Individual Rules and Practices in Light of COVID-19.

Dated: May 22, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**