UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                 :
CITY OF BIRMINGHAM RETIREMENT AND : 
RELIEF SYSTEM, et al.,                        :
                                Plaintiffs, :       17 Civ. 10014 (LGS)
                                                 :
             -against-                     :             **ORDER**
                                                 :
CREDIT SUISSE GROUP AG, et al.,           :
                                Defendants. :
------------------------------------------------------------- X
LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that all deadlines in the first amended case management plan and scheduling order (Dkt. No. 107), and June 1, 2020, scheduling order (Dkt. No. 129) are extended 45 days, with new scheduling orders to be issued at a later date.

Dated: June 19, 2020
        New York, New York

                                                **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**