UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, et al.,<br><br>     Plaintiff,<br><br>  v.<br><br>CREDIT SUISSE GROUP AG, et al.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:17-cv-10014-LGS<br>)<br>) **CLASS ACTION**<br>)<br>)<br>) |

**NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, (II) CERTIFICATION OF THE SETTLEMENT CLASS, AND (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

TO: All Counsel of Record

  PLEASE TAKE NOTICE that upon the accompanying Lead Plaintiffs' Memorandum of Law in Support of Unopposed Motion for (I) Preliminary Approval of Class Action Settlement, (II) Certification of the Settlement Class, and (III) Approval of Notice to the Settlement Class, and the Stipulation and Agreement of Settlement (the "Stipulation") filed simultaneously herewith, and all prior proceedings in this Action, through their undersigned counsel, Lead Plaintiffs City of Birmingham Retirement and Relief System, Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefit Funds, Teamsters Local 456 Pension and Annuity Funds, and the International Brotherhood of Teamsters Local No. 710 Pension Plan (collectively, "Lead Plaintiffs"), on behalf of themselves and the proposed Settlement Class, pursuant to Rule 23 of the Federal Rules of Civil Procedure, now move this Court before the Honorable Lorna G. Schofield at the United States District Court, Southern District of New York, Courtroom 1106,

of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, at a time and date to be determined by the Court, for entry of the Parties' agreed-upon Proposed Order Preliminarily Approving Settlement and Providing for Notice (the "Preliminary Approval Order"), attached hereto as Exhibit A.  If entered, the Preliminary Approval Order will, among other things:

(1)  Preliminarily approve the proposed class action settlement for $15,500,000.00, subject to notice to the Settlement Class and later consideration of final approval to resolve this Action in its entirety;

(2)  Approve the form, content and manner of the class notices being given to members of the Settlement Class;

(3)  Certify the Settlement Class for purpose of the Settlement; and

(4)  Schedule a hearing, and certain deadlines related thereto, on final approval of the Settlement, proposed Plan of Allocation, and Lead Counsel's application for an award of Attorneys' Fees and reimbursement of Litigation Expenses.

Defendants have informed Lead Plaintiffs that they consent to this motion.  Lead Plaintiffs respectfully suggest that this motion may be granted without a hearing such that notice of the proposed Settlement may be promptly sent to the members of the Settlement Class, and that a hearing be scheduled for consideration of final approval of the proposed Settlement.

Dated: July 10, 2020                                   Respectfully submitted

/ s / Carol V. Gilden                                  / s / Steven B. Singer
Carol V. Gilden (pro hac vice)                         Steven B. Singer (SS-5212)
COHEN MILSTEIN SELLERS & TOLL PLLC                     SAXENA WHITE P.A.
190 South LaSalle Street, Suite 1705                   10 Bank Street, 8th Floor
Chicago, IL 60603                                      White Plains, New York 10606
(312) 357-0370                                         (914) 437-8551
Fax: (312) 357-0369                                    Fax: (888) 631-3611
cgilden@cohenmilstein.com                              ssinger@saxenawhite.com

/ s / Daniel S. Sommers                                Maya Saxena
Daniel S. Sommers (pro hac vice)                       Joseph E. White, III (JW-9598)
Molly Bowen (pro hac vice pending)                     Lester R. Hooker
COHEN MILSTEIN SELLERS & TOLL PLLC                     Adam D. Warden (pro hac vice)
1100 New York Ave NW, Suite 500 East                   SAXENA WHITE P.A.

2

3

| | |
|---|---|
| Washington, DC 20005 | 7777 Glades Road |
| (202) 408-4600 | Suite 300 |
| Fax: (202) 408-4699 | Boca Raton, FL 33434 |
| dsommers@cohenmilstein.com | (561) 394-3399 |
| mbowen@cohenmilstein.com | Fax: (561) 394-3382 |
| | msaxena@saxenawhite.com |
| | jwhite@saxenawhite.com |
| | lhooker@saxenawhite.com |
| | awarden@saxenawhite.com |

*Co-Lead Counsel for Lead Plaintiffs and for the Proposed Class*