UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
CITY OF BIRMINGHAM RETIREMENT AND                            :
RELIEF SYSTEM, et al.,                                       :
                                                             :
                              Plaintiffs,                    :     17 Civ. 10014 (LGS)
                                                             :
              -against-                                      :     **ORDER**
                                                             :
CREDIT SUISSE GROUP AG, et al.,                              :
                              Defendants.                    :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS on July 10, 2020, Plaintiffs' filed an unopposed motion for preliminary approval of class settlement, certification of the settlement class and approval of notice to the settlement class (Dkt. Nos. 131-133). It is hereby

**ORDERED** that the parties shall appear for a preliminary approval hearing on **August 6, 2020,** at 10:40 A.M., with all parties calling (888) 363-4749 using access code 558-3333 at the appointed time.

Dated: July 13, 2020
       New York, New York

                                        _____
                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**