```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
CITY OF BIRMINGHAM RETIREMENT AND                            :
RELIEF SYSTEM, et al.,                                       :
                                                             :
                              Plaintiffs,                    :    17 Civ. 10014 (LGS)
                                                             :
                -against-                                    :    ORDER
                                                             :
CREDIT SUISSE GROUP AG, et al.,                              :
                              Defendants.                    :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the preliminary approval hearing scheduled for August 6, 2020 (Dkt. No. 134), is re-scheduled to **August 7, 2020, at 10:30 A.M.**, with all parties calling (888) 363-4749 and using access code 558-3333 at the appointed time.

Dated: August 3, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**