UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
CITY OF BIRMINGHAM RETIREMENT AND                            :
RELIEF SYSTEM, et al.,                                       :
                                                             :
                              Plaintiffs,                :       17 Civ. 10014 (LGS)
                                                             :
               -against-                               :       **ORDER**
                                                             :
CREDIT SUISSE GROUP AG, et al.,                              :
                              Defendants.                :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 3, 2020, the Court adjourned the preliminary approval hearing from August 6, 2020, to August 7, 2020 (Dkt. No. 135). It is hereby

**ORDERED** that the preliminary approval hearing is re-scheduled to **August 17, 2020, at 10:30 A.M.**, because of technical difficulties due to the storm. The parties shall call (888) 363-4749 and use access code 558-3333 at the appointed day and time.

Dated: August 6, 2020
       New York, New York

                                                        **LORNA G. SCHOFIELD**
                                                      UNITED STATES DISTRICT JUDGE