UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
CITY OF BIRMINGHAM RETIREMENT AND                              :
RELIEF SYSTEM, et al.,                                         :
                                                               :
                              Plaintiffs,                      :   17 Civ. 10014 (LGS)
                                                               :
              -against-                                        :   **ORDER**
                                                               :
CREDIT SUISSE GROUP AG, et al.,                                :
                              Defendants.                      :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 17, 2020, a hearing was held to consider Plaintiff's motion, *inter alia*, for preliminary approval of the parties' class action settlement. It is hereby

**ORDERED** that the parties shall submit the following items, consistent with the Court's specific guidance at the hearing, as soon as is practicable: (1) a revised Notice (*see* Dkt. No. 133-2), including information regarding the reasonableness of the settlement amount and deletion of Court-specific information; (2) a letter with additional information regarding estimated or proposed deductions from the Gross Settlement Amount to reach the Net Settlement Amount (*see* Individual Rule III.C.5), information regarding any fee sharing agreement and information regarding an online process for submitting claims forms; (3) a revised Settlement Stipulation or amendments to the filed Settlement Stipulation (*see* Dkt. No. 133), as discussed at the hearing; (4) a sealed version of the confidential Supplemental Agreement, filed under seal on ECF and emailed to the Chambers Inbox; (5) a revised proposed schedule (*see* Dkt. No. 132 at 30/31), as discussed at the hearing; (6) the proposed preliminary approval order in Word format (sent via email to the Chambers Inbox); and (7) any other items and/or information discussed at the hearing, not mentioned above.

Dated: August 17, 2020
       New York, New York

                                         _____
                                         **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**