# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, et al., | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  Case No.: 1:17-cv-10014-LGS ) |
| CREDIT SUISSE GROUP AG, et al., | )  **CLASS ACTION** ) |
| Defendants. | ) ) ) |

## LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT AND APPROVAL OF THE PLAN OF ALLOCATION

TO:   All Counsel of Record

PLEASE TAKE NOTICE that, pursuant to the Court's August 24, 2020 Order Preliminarily Approving Settlement and Providing for Notice (Dkt. No. 141), on December 10, 2020 at 11:00 a.m. in Courtroom 1106 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, or by telephonic, video conferencing or other electronic means, the Honorable Lorna G. Schofield presiding, Lead Plaintiffs City of Birmingham Retirement and Relief System, Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefit Funds, Teamsters Local 456 Pension and Annuity Funds, and the International Brotherhood of Teamsters Local No. 710 Pension Plan (collectively, "Lead Plaintiffs"), on behalf of themselves and the proposed Settlement Class, will and do hereby, move the Court for (a) final approval of the class action Settlement with Defendants; (b) entry of a Judgement, substantially in

1

the form attached as Exhibit B to the Stipulation, dismissing the Action with prejudice against Defendants; and (c) approval of the proposed Plan of Allocation for the proceeds of the Settlement.

The motion is based upon the Memorandum of Law in Support of Lead Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation of Settlement Proceeds; the Joint Declaration of Steven B. Singer, Carol V. Gilden, and Daniel S. Sommers in Support of Lead Plaintiffs' Motion for Final Approval of the Proposed Settlement and Approval of the Plan of Allocation, and Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Joint Decl."); exhibits thereto; the record and proceedings in this action; and such matters as the Court may consider at the time of the hearing.

Defendants have informed Lead Plaintiffs that they are unopposed to this motion. Pursuant to the Court's Preliminary Approval Order, the deadline for members of the Settlement Class to file objections, if any, is November 19, 2020.

Dated: November 5, 2020

Respectfully submitted

*/ s / Carol V. Gilden*
Carol V. Gilden (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
(312) 357-0370
Fax: (312) 357-0369
cgilden@cohenmilstein.com

*/ s / Daniel S. Sommers*
Daniel S. Sommers (*pro hac vice*)
Molly Bowen (*pro hac vice* pending)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave NW, Suite 500 East
Washington, DC 20005
(202) 408-4600
Fax: (202) 408-4699
dsommers@cohenmilstein.com

*/ s / Steven B. Singer*
Steven B. Singer (SS-5212)
SAXENA WHITE P.A.
10 Bank Street, 8th Floor
White Plains, New York 10606
(914) 437-8551
Fax: (888) 631-3611
ssinger@saxenawhite.com

Maya Saxena
Joseph E. White, III (JW-9598)
Lester R. Hooker
Adam D. Warden (*pro hac vice*)
SAXENA WHITE P.A.
7777 Glades Road
Suite 300
Boca Raton, FL 33434
(561) 394-3399

| | |
|---|---|
| mbowen@cohenmilstein.com | Fax: (561) 394-3382 |
| | msaxena@saxenawhite.com |
| | jwhite@saxenawhite.com |
| | lhooker@saxenawhite.com |
| | awarden@saxenawhite.com |

*Co-Lead Counsel for Lead Plaintiffs and for the Proposed Class*