UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CITY OF BIRMINGHAM RETIREMENT AND :
RELIEF SYSTEM et al.,                                                  :
                                            Plaintiffs,       :       17 Civ. 10014 (LGS)
                                                                 :
                           -against-                                      :                    ORDER
                                                                  :
CREDIT SUISSE GROUP AG et al.,                         :
                                            Defendants.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Final Approval Hearing in this matter is scheduled for December 10, 2020, at 11:00 a.m. (Dkt. No. 141).  It is hereby

      **ORDERED** that the Final Approval Hearing will be conducted remotely.  If the parties wish to conduct the hearing via videoconferencing technology, then they shall file a joint letter by **December 7, 2020**, setting forth the logistics of such technology.  If the parties do not file such letter, the Final Approval Hearing will be held on the following conference call line:  888-363-4749, access code 558-3333.

Dated:  December 4, 2020
         New York, New York

                                                               LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE