**COHEN**MILSTEIN                                               SAXENA WHITE

June 17, 2021

**VIA ECF**

The Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Re: *City of Birmingham Retirement and Relief System et al. v. Credit Suisse Group AG et al.,* No. 1:17-cv-10014-LGS

Dear Judge Schofield:

Pursuant to the Court's Final Order and Judgment Approving the Class Action Settlement in the above-titled matter (ECF 157), we respectfully submit the following interim status report. On June 15, 2021, Counsel filed a motion for approval of distribution of the settlement funds to the class. *See* ECF No. 165. As set forth in the motion, Epiq Class Action & Claims Solutions, Inc. requested $385,000 in reimbursement. *See id.* at 11. At this stage, it is unknown whether an application for cy pres distribution will be warranted.

Respectfully submitted,

| | |
|---|---|
| / s / *Carol V. Gilden* | / s / *Steven B. Singer* |
| Carol V. Gilden | Steven B. Singer (SS-5212) |
| COHEN MILSTEIN SELLERS & TOLL PLLC | Kyla Grant (KS-9961) |
| 190 South LaSalle Street, Suite 1705 | SAXENA WHITE P.A. |
| Chicago, IL 60603 | 10 Bank Street, 8th Floor |
| (312) 357-0370 | White Plains, New York 10606 |
| Fax: (312) 357-0369 | (914) 437-8551 |
| cgilden@cohenmilstein.com | Fax: (888) 631-3611 |
| | ssinger@saxenawhite.com |
| / s / *Daniel S. Sommers* | kgrant@saxenawhite.com |
| Daniel S. Sommers | |
| Molly Bowen | Maya Saxena |
| COHEN MILSTEIN SELLERS & TOLL PLLC | Joseph E. White, III (JW-9598) |
| 1100 New York Ave NW, Suite 500 East | Lester R. Hooker |
| Washington, DC 20005 | Adam D. Warden |
| (202) 408-4600 | SAXENA WHITE P.A. |
| Fax: (202) 408-4699 | 7777 Glades Road |
| dsommers@cohenmilstein.com | Suite 300 |
| mbowen@cohenmilstein.com | Boca Raton, FL 33434 |
| | (561) 394-3399 |

The Hon. Lorna G. Schofield
June 17, 2021

Fax: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com
awarden@saxenawhite.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*