UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
CITY OF BIRMINGHAM RETIREMENT AND :
RELIEF SYSTEM et al., :
                                  Plaintiffs, :    17 Civ. 10014 (LGS)
:
               -against- :    ORDER
:
CREDIT SUISSE GROUP AG, et al., :
                                 Defendants. :
                                                X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the Court's Final Order and Judgment Approving the Class Action Settlement (Dkt. No. 157), Lead Counsel is required to provide the Court with interim reports every 45 days on the claims administration process.

WHEREAS, a status report was due on October 25, 2021.

WHEREAS, Lead Counsel failed to timely submit a status report. It is hereby

**ORDERED** that by **October 29, 2021**, Lead Counsel shall file a status report regarding any outstanding distributions, including whether Lead Counsel anticipates making an application for a cy pres award.

Dated: October 26, 2021
        New York, New York

                                              LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE