UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, et al.,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, et al.,<br><br>Defendants. | Case No.: 1:17-cv-10014-LGS<br><br>[PROPOSED] ORDER DIRECTING *CY PRES* DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS |

Lead Plaintiffs' unopposed motion for an order directing a *cy pres* distribution of the residual Net Settlement Fund is hereby GRANTED. The remaining funds of $787.97 shall be donated to the Institute for Law & Economic Policy.

By **June 7, 2022**, the parties shall file a joint letter stating whether there are any unresolved issues, or if the case may be closed.

SO ORDERED.

Dated: May 31, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Copies:

Counsel of Record